868 P.2d 464

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Nakea v. Tanaka | 16202 | 12/08/93 | Affirmed |
| Abigail K. Kawananakoa Foundation v. Pule | 15939 | 12/14/93 | Affirmed |
| Curry v. Tanaka | 16530 | 12/16/93 | Affirmed |
| Abdullah v. Tanaka | 16529 | 12/16/93 | Affirmed |
| Okazaki v. Tanaka | 16564 | 12/16/93 | Affirmed |
| Sedillo v. Tanaka | 16694 | 12/16/93 | Affirmed |
| Teraoka v. Tanaka | 16351 | 12/16/93 | Affirmed |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| 4000 Old Pali Road Partners v. Lone Star of Kauai, Inc. | 15675 | 11/26/93 | Dismissed | 862 P.2d 282 |
| Hall v. State by Lewin | 15688 | 12/22/93 | Denied | 863 P.2d 344 |
| State v. Palmeira | 16109 | 12/16/93 | Denied | 862 P.2d 1073 |